UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAWRENCE LANGILL,

       Petitioner

vs.                     Case No.  2:05-cv-509-FtM-29DNF

JAMES V. CROSBY, Secretary,
Department of Corrections

       Respondent.

_____

**ORDER**

_____This matter comes before the Court on three virtually identical motions for reconsideration: (1) Motion for Reconsideration of Denial of Motion for Disqualification of Magistrate and Re-Assignment of Case to Another Regional Division of the Court (Doc. #16) filed on December 5, 2005; (2) Motion for Reconsideration of Denial of Motion for Disqualification of Magistrate and Re-Assignment of Case to Another Regional Division of the Court (Doc. #20) filed on December 7, 2005; and Motion for Reconsideration of Denial of Motion for Disqualification of Magistrate and Re-Assignment of Case to Another Regional Division of the Court (Doc. #22) filed on December 8, 2005.

Since Magistrate Judge Chappell is still not assigned to this case, there is still no need to disqualify her. The fact that Judge Chappell's deputy clerk performs other functions for the Clerk's Office, and that some standard court orders go out over the

names of all four judges of the division, does not require disqualification of Judge Chappell or any other judge of the division.  In any event, such ministerial acts can be performed by a judge even after recusal.  <u>United States v. Moody</u>, 977 F.2d 1420, 1423 (11th Cir. 1992), <u>cert. denied</u>, 507 U.S. 944 (1993).

While plaintiff disagrees with the Court's prior Order, nothing he submits suggests that the matter be reconsidered. Plaintiff's request for a hearing is denied.

Plaintiff may address the matter of the recusal of Magistrate Judge Frazier in a motion addressed to Judge Frazier, since he is free to recuse himself in any case if he feels such action is appropriate.

Accordingly, it is now

**ORDERED:**

1.  The Motion for Reconsideration of Denial of Motion for Disqualification of Magistrate and Re-Assignment of Case to Another Regional Division of the Court (Doc. #16) is **DENIED.**

2.  The Motion for Reconsideration of Denial of Motion for Disqualification of Magistrate and Re-Assignment of Case to Another Regional Division of the Court (Doc. #20) is **DENIED.**

3.  The Motion for Reconsideration of Denial of Motion for Disqualification of Magistrate and Re-Assignment of Case to Another

Regional Division of the Court (Doc. #22) is **DENIED.**

   **DONE AND ORDERED** at Fort Myers, Florida, this   14th   day of

December, 2005.


                                        _John E. Steele_____
                                        JOHN E. STEELE
                                        United States District Judge


Copies:
Counsel of record
Magistrate Judge Frazier
SA/as